UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                    Case No.  07-cr-15-01-SM

<u>Wayne Webber</u>

## O R D E R

Defendant Webber's motion to continue the final pretrial conference and trial is granted (document 22).  Trial has been rescheduled for the May 2008 trial period.  Defendant Webber shall file a waiver of speedy trial rights not later than March 31, 2008.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** April 25, 2008 at 3:30 p.m.

**Jury Selection**: May 6, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 20, 2008

cc:   Jonathan Saxe, Esq.
      Terry Ollila, AUSA
      US Probation
      US Marshal